Form ntcinstl

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 24−01898
Chapter: 13
Judge: Janet S. Baer

In Re:
  Juan C. Grimaldo
  324 Oakview Ave
  Aurora, IL 60505

Social Security / Individual Taxpayer ID No.:
  xxx−xx−6619

Employer Tax ID / Other nos.:

---

**NOTICE OF ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

After considering the *Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A)*, the court orders that:

  The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

BY THE COURT

Dated: February 13, 2024

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court