# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 2/13/2024 |
| Case: 24−01898 | Form ID: ntcinstl | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr          Glenn B Stearns          stearns_g@lisle13.com
aty         Vaughn A White           vaughn@vaughnwhite.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Juan C. Grimaldo          324 Oakview Ave          Aurora, IL 60505

TOTAL: 1