UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                )
                                      )  Case No.: 24-01898
Juan C. Grimaldo,                     )  Chapter 13
                                      )
        Debtor.                       )

**PROOF OF SERVICE OF CHAPTER 13 PLAN**

To:  SEE ATTACHED SERVICE LIST

    I, Vaughn A. White, an attorney, on oath state that I served a copy of the Debtor's Chapter 13 Plan on the above named parties at the addresses so indicated on April 1, 2024.

Respectfully Submitted,

*/s/ Vaughn A. White*
Vaughn A. White

Vaughn A. White
White Law Offices, PC
Attorney for Debtors
1755 Park Street, Suite 200
Naperville, IL  60653
312-888-0131
ARDC # 6198291

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 24-01898<br>Northern District of Illinois<br>Eastern Division<br>Tue Apr  2 12:09:42 CDT 2024 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One, N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Credit Management, LP<br>Attn: Bankruptcy Attn: Bankruptcy<br>6080 Tennyson Parkway , Suite 100<br>Plano, TX 75024-6002 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | US Bank/RMS<br>Attn: Bankruptcy<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | VW LAW LLC<br>1755 Park St Suite 200<br>Naperville, IL 60563-8404 |
| Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 | Juan C. Grimaldo<br>324 Oakview Ave<br>Aurora, IL 60505-3173 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Vaughn A White<br>Vw Law LLC<br>1755 Park St<br>Suite 200<br>Naperville, IL 60563-8404 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy P.O. 15298<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy 120 Corporate Boulevard<br>Norfolk, VA 23502 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 |